IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PANSY M. YOCUM                                          PLAINTIFF

vs.                       Civil No. 05-4014

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                DEFENDANT

## **JUDGMENT**

Comes now the Court on this 27th day of March, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for further consideration consistent with the Memorandum Opinion.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

                                                            /s/Bobby E. Shepherd
                                                            Honorable Bobby E. Shepherd
                                                            United States Magistrate Judge