IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PANSY YOCUM                                                               PLAINTIFF

v.                      Civil No. 05-4014

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                      DEFENDANT

## **JUDGMENT**

On this 17th day of April, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles D. Barnette, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,764.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                    /s/Bobby E. Shepherd
                                                  Honorable Bobby E. Shepherd
                                                  United States Magistrate Judge